IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 3:25-cv-00648 |
| Plaintiff, | ) |
| | ) JUDGE RICHARDSON |
| v. | ) |
| | ) |
| CONTENTS OF THREE FINANCIAL | ) |
| ACCOUNTS AND ONE CYBERTRUCK, | ) |
| | ) |
| Defendants. | ) |

## SEALED ORDER

This case is transferred to Chief Judge Campbell as related to Case No. 3:25-cr-00129 which is currently pending before him.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE