# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:25-cv-00648 |
| v. ) | |
| ) | CHIEF JUDGE CAMPBELL |
| CONTENTS OF THREE FINANCIAL ) | MAGISTRATE JUDGE NEWBERN |
| ACCOUNTS AND ONE CYBERTRUCK ) | |

## JING QI MEI'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant Jing Qi Mei ("Claimant") hereby submitted this Verified Claim asserting ownership interests in certain defendant property.

On Jun 12, 2025, a Verified Complaint for Forfeiture ("Complaint") was filed in the United States District Court for the Middle District of Tennessee, Nashville Division, by the United States of America seeking the forfeiture of the following property identified in the Complaint as:

- Cit Bank (First Citizens) account number [redacted] ("Cit Bank *9294") held in the name of Jing Qi Mei and Xuhan Zhang;

- Axos Bank (UFB) account number [redacted] ("Axos Bank *4297") held in the name of Jing Qi Mei and Xuhan Zhang;

- Santander Bank (Openbank) account number [redacted] ("Santander *4301") held in the name of Jing Qi Mei; and

1

- 2024 Tesla Cybertruck, VIN number [redacted], and related accessories 2 keycards and charging cable ("Cybertruck") registered to Jing Qi Mei,

(collectively referred to as "Defendant Property").

Claimant hereby asserts his ownership interests in the Cit Bank *9294 account, Axos Bank *9294 account, Santander Bank *4301 account, and the 2024 Tesla Cybertruck and related accessories (together, the "Mei property"). Each item of Mei Property is held in Claimant's name alone or jointly with his wife, Xuhan Zhang.

For the reasons set forth herein, Claimant has a legally cognizable interest in, and valid claim to, the Mei Property.

Dated: July 24, 2025.                                   Respectfully submitted,

/s/ Kimberly S. Hodde
Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
TN Bar No. 20128
(615) 242-4200
Kim.Hodde@hoddelaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

> Stephanie Toussaint
> Assistant United States Attorneys
> 719 Church Street
> Suite 3300
> Nashville, TN 37203

this 24th day of July, 2025.

> /s/ Kimberly S. Hodde
> KIMBERLY S. HODDE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:25-cv-00648 |
| v. | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| CONTENTS OF THREE FINANCIAL | ) | MAGISTRATE JUDGE NEWBERN |
| ACCOUNTS AND ONE CYBERTRUCK | ) | |

## VERIFICATION

I, Jing Qi Mei, verify under penalty of perjury under the laws of the United States of America, specifically 28 U.S.C. § 1746, that the foregoing Verified Claim in this matter is true and correct to the best of my knowledge, information and belief.

Executed this 22 day of July, 2025.

_____
Jing Qi Mei